# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2023-3354

—————————————————

JEFFERY GREENE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Belated Appeal—Original Jurisdiction.

August 7, 2024

PER CURIAM.

DENIED. *See Jordan v. State*, 549 So. 2d 805 (Fla. 1st DCA 1989) (holding that access to a prison law library is not "necessary to prepare and transmit a simple notice of appeal" and lack of that access did not demonstrate "a right to [a] belated appeal").

B.L. THOMAS, ROBERTS, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jeffery Greene, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.